15

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA <br> **v.** <br><br> David Lee | **JUDGMENT IN A CRIMINAL CASE** <br><br> Case Number:    16 CR 329-1 <br><br> USM Number:    51141-424 <br><br><br> Rosalie Lindsay-Guimaraes <br> Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s) One & Two of the Indictment
☐ pleaded nolo contendere to count(s)      which was accepted by the court.
☐ was found guilty on count(s)      after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 USC 2113(a)** | Bank Robbery | 5/19/2016 | 1 & 2 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)      dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

2/22/2017
Date of Imposition of Judgment

Signature of Judge

John J. Tharp, Jr.
Name and Title of Judge

3/7/17
Date

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 2 – Imprisonment                                                                                 Judgment – Page 2 of 9

DEFENDANT: DAVID LEE
CASE NUMBER: 16 CR 329-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
48 months for each of Counts 1 & 2 of the Indictment, to run concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons: It is highly recommended that the Defendant participate in the
     RDAP program. It is further recommended that the Defendant be designated to Oxford or Pekin, if one of those facilities offers and
     RDAP program.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at        on

     ☐ as notified by the United States Marshal.

     ☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         ☐ before 2:00 pm on

         ☐ as notified by the United States Marshal.

         ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this
judgment.

_____
UNITED STATES MARSHAL

By   _____
       DEPUTY UNITED STATES MARSHAL

Judgment in a Criminal Case (JJT Rev. 1/11/17)
Sheet 3 – Supervised Release
– Page 1 of 5

DEFENDANT:   David Lee
CASE NUMBER:  16-cr-00329

## SUPERVISED RELEASE

Upon release from imprisonment, Defendant Lee shall be on supervised release for a term of 3 years. During the term of Supervised Release, Defendant shall abide by the following conditions:

### I.    Mandatory conditions

The Defendant:

☒ Shall not commit another federal, state or local crime.

☒ Shall not unlawfully possess a controlled substance.

☒ Shall cooperate in the collection of a DNA sample at the direction of the probation officer.

☒ Shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court, not to exceed 104 tests in any one year.

### II.    Administrative conditions

The Defendant:

☒ Shall report to the probation office in the judicial district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☒ Shall report to the probation officer in a manner and frequency directed by the court or probation officer.

☒ Shall not knowingly leave the judicial district in which the defendant is being supervised without the prior permission of the court or probation officer. At the outset of the term of supervision, the probation office shall provide the defendant with a map of the judicial district.

☒ Shall reside at a location approved by the probation officer.

☒ Shall permit a probation officer to visit the defendant at any reasonable time:

      ☒ at home, or at any other reasonable location where the probation officer may legitimately enter, by right or consent.

Judgment in a Criminal Case (JJT Rev. 1/11/17)
Sheet 3 – Supervised Release
– Page 2 of 5

Judgment
Page 4 of 9

DEFENDANT:   David Lee
CASE NUMBER:  16-cr-00329

☒ Shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ Shall answer truthfully any inquiries by the probation officer, subject to any constitutional or other applicable privilege.

### III.    Education / employment conditions

The Defendant:

☒ Shall participate, at the direction of the probation officer, in any program the probation officer deems appropriate to improve the defendant's job readiness or work skills.

☒ Shall, if unemployed, make diligent efforts to obtain gainful employment.

☒ Shall work at least 35 hours per week at a lawful occupation (if such hours are available to him for work) unless excused by the probation officer for schooling, training, or other acceptable reasons.

### IV.    Substance use / mental health conditions

**Conditions relating to substance use:**

The Defendant:

☒ Shall refrain from:

☒ any use of alcoholic beverages; and

☒ any possession of alcoholic beverages.

☒ Shall not enter or patronize establishments where intoxicants are the primary item of sale, such as bars, lounges, night clubs, and marijuana dispensaries.

☒ Shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner.

**Condition relating to treatment for substance abuse:**

Judgment in a Criminal Case (JJT Rev. 1/11/17)
Sheet 3 – Supervised Release
– Page 3 of 5

Judgment
Page 5 of 9

DEFENDANT:     David Lee
CASE NUMBER:  16-cr-00329

The Defendant:

☒ Shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The program may include testing, up to a maximum of 104 tests per year to determine the defendant's compliance with the requirements of the program. The probation officer shall supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

**Conditions relating to mental health / medical treatment:**

The Defendant:

☒ Shall participate in:

☒ a mental health treatment program.

☒ The program shall be approved by the probation officer. The defendant shall abide by the rules and regulations of the program. The probation officer, in consultation with the treatment provider, shall supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

☒ Shall take all mental health medications that are prescribed by the defendant's treatment provider.

**V.      Association / location restrictions**

The Defendant:

☒ Shall notify the probation officer within 72 hours of becoming aware of any change or planned change in the defendant's employer, workplace, residence, or occupants of the residence.

☒ Shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer.

☒ Shall not knowingly meet, communicate, or otherwise interact with a person whom the defendant knows to be engaged, or planning to be engaged, in criminal activity.

**VI.     Confinement / community service / deportation**

**Community service:**

Judgment in a Criminal Case (IJT Rev. 1/11/17)
Sheet 3 – Supervised Release
– Page 4 of 5

Judgment
Page 6 of 9

DEFENDANT:  David Lee
CASE NUMBER:  16-cr-00329

☒ The defendant shall perform 120 hours of community service over the term of supervised release, at locations and on a schedule approved by the probation officer. The schedule for performing community service is subordinate to the Defendant's employment schedule, class schedule, and/or treatment schedule. The defendant shall provide written verification of completion of community service hours.

### VII.    Financial conditions

The Defendant:

**Financial obligations from criminal judgment:**

☒ Shall pay immediately any financial obligations imposed by the judgment in this case which are due and payable. If the defendant is unable to pay these obligations immediately, any amount remaining unpaid when supervised release commences shall be paid on a monthly basis in an amount that is at least 10% of your net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

☒ Shall provide the probation officer with access to any requested financial information for use in connection with collection of outstanding fines and/or restitution obligations.

☒ Shall notify the probation officer within 72 hours of any significant change in the defendant's economic circumstances.

☒ Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

☒ While any financial penalties are outstanding, the defendant shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

### VIII.    Third party risks / searches

The Defendant:

☒ Shall not own, possess or knowingly have access to a firearm, ammunition, a destructive device, or a dangerous weapon.

Judgment in a Criminal Case (JJT Rev. 1/11/17)
Sheet 3 – Supervised Release
– Page 5 of 5

Judgment

Page 7 of 9

DEFENDANT:    David Lee
CASE NUMBER:    16-cr-00329

☒ Shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

### IX.    Modification of conditions:

☒ Either the Defendant or the probation officer may petition the Court to modify these conditions. The final decision to modify these terms lies with the Court. Defendant may petition the Court for relief or clarification; however, Defendant must comply with these conditions and implementing directions of the probation officer unless or until the Court directs otherwise.

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page **8 of 9**

DEFENDANT: DAVID LEE
CASE NUMBER: 16 CR 329-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals** | $200.00 | $None | $120.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Parkway Bank and Trust<br>4800 N. Harlem Avenue<br>Harwood Heights, IL 60706<br>Attn: Kurt Kurtkuster, V.P. | 120 | 120 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the _____ .

☐ the interest requirement for the _____ is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 08/02/2016) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page **9 of 9**

DEFENDANT: DAVID LEE
CASE NUMBER: 16 CR 329-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒  Lump sum payment of $320.00 due immediately.

    ☐  balance due not later than      , or

    ☐  balance due in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐  Payment in equal     *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐  Payment in equal     *(e.g. weekly, monthly, quarterly)* installments of $    over a period of    *(e.g., months or years)*, to commence    *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐  Payment during the term of supervised release will commence within    *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒  Special instructions regarding the payment of criminal monetary penalties:
Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
| --- | --- | --- | --- |
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.